*PATTERSON, J*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____                       │
│ DATE FILED: 11/19/10                 │
└─────────────────────────────────────┘
```

BRIAN J. BEATTY, on behalf of himself and all )
others similarly situated,                    )
                                              )
                Plaintiff,                     )
                                              )      Case No. 1:10-cv-08146
        vs.                                    )
                                              )
JPMORGAN CHASE & CO.; J.P. MORGAN             )      Hon. Robert P. Patterson
CLEARING CORP.; J.P. MORGAN                   )
SECURITIES INC., J.P. MORGAN FUTURES          )
INC., HSBC HOLDINGS PLC, HSBC                 )
SECURITIES (USA) INC., and HSBC BANK          )
USA, NATIONAL ASSOCIATION,                    )
                                              )
                Defendants.                    )
                                              )

## STIPULATION AND [PROPOSED] ORDER

Plaintiff Brian J. Beatty and defendants JPMorgan Chase & Co., J.P. Morgan

Clearing Corp., J.P. Morgan Securities Inc., J.P. Morgan Futures Inc. (collectively, "JPMorgan"),

HSBC Securities (USA) Inc. and HSBC Bank USA, National Association (collectively,

"HSBC") (together with JPMorgan, "Stipulating Defendants"), by and through their respective

undersigned counsel, subject to this Court's approval, agree and stipulate as follows concerning

Stipulating Defendants' time to answer, move to dismiss or otherwise respond to the complaint

in the above-captioned proceeding (the "Complaint"):

## RECITALS

WHEREAS, on October 27, 2010, Plaintiff commenced the above-captioned

proceeding in this District;

WHEREAS, other cases alleging similar claims under the Commodity Exchange

Act, 7 U.S.C. § 1, *et seq.*, Section 1 of the Sherman Antitrust Act, 15 U.S.C. § 1, *et seq.*, and

other laws have been filed in United States District Court for the Southern District of New York and in the United States District Court for the Eastern District of New York against Stipulating Defendants (collectively, with the above-captioned action, the "Actions");

WHEREAS, the Plaintiff in the Action styled *DePaoli v. JPMorgan Chase & Co., et al.,* 1:10-cv-05054 (E.D.N.Y.), filed a Motion for Transfer and Consolidation of Related Antitrust Actions Pursuant to 28 U.S.C. § 1407 ("DePaoli Motion");

WHEREAS, the Plaintiff in the Action styled *Nalven v. JP Morgan Chase & Co., et al.,* 1:10-cv-08284 (S.D.N.Y.), filed a Motion for Transfer and Consolidation of Related Antitrust Actions Pursuant to 28 U.S.C. § 1407 ("Nalven Motion");

WHEREAS, the Judicial Panel on Multidistrict Litigation ("JPML") has assigned MDL No. 2213 and has ordered that any responses to the DePaoli Motion and the Nalven Motion are due on or before November 29, 2010;

WHEREAS, the parties therefore agree that Stipulating Defendants need not answer or otherwise respond to the Complaint because the Complaint will likely be superseded by a consolidated amended complaint in MDL No. 2213;

WHEREAS, this is the parties' first application to extend the time for Stipulating Defendants to respond to the Complaint;

THEREFORE, IT IS STIPULATED AND AGREED:

1.      Stipulating Defendants need not answer, move to dismiss or otherwise respond to the Complaint until after the JPML rules on whether to transfer this Action as part of MDL No. 2213.

2.      Stipulating Defendants shall have 60 days to answer, move to dismiss or otherwise respond to the operative complaint in this Action from the earlier of (1) the filing of a

consolidated amended complaint in MDL No. 2213, or (2) service of the JPML's decision that this Action will not be transferred as part of MDL No. 2213.

      3.     The entry into this Stipulation shall not constitute a waiver of any defense.

      4.     If any answer or other responsive pleading is filed by any Stipulating Defendant in any of the Actions before the date provided by this Stipulation, or if any documents are produced in such Actions, the Stipulating Defendants will file their answer or responsive pleading, and shall produce such documents, in this Action. Any production of documents will be subject to a protective order to be negotiated by the parties.

      5.     Stipulating Defendants agree that they have been served or have agreed to waive service with respect to this Action.

      6.     All parties agree that they will preserve documents and other materials in accordance with their obligations under the Federal Rules of Civil Procedure. By preserving a document, a party does not concede that the document is discoverable or relevant.

      7.     By entering into this Stipulation, no party thereto shall be precluded from arguing that the JPML petitions that have been filed are legally insufficient or otherwise should be dismissed.

8.     Neither party shall rely on this Stipulation to argue that this Action is

stayed.

AGREED:

Dated: November 18, 2010

_____
Bernard Persky
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0700

Steven R. Goldberg
1 North End Avenue
World Financial Center
Suite 1201
New York, NY 10282
(202) 408-4600
*Attorneys for Plaintiff Brian J. Beatty*

_____
Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 956-7500
*Attorneys for Stipulating Defendants
JPMorgan Chase & Co.; J.P. Morgan
Clearing Corp.; J.P. Morgan Securities Inc.;
and J.P. Morgan Futures, Inc.*

_____
David E. Brodsky
CLEARY GOTTLIEB STEEN &
    HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000

Michael Lazerwitz
Leah Brannon
CLEARY GOTTLIEB STEEN &
    HAMILTON LLP
2000 Pennsylvania Ave, NW
Washington, DC 20006
(202) 974-1500
*Attorneys for Stipulating Defendants HSBC
Securities (USA) Inc. and HSBC Bank USA,
National Association*

IT IS SO ORDERED:

_____
Robert P. Patterson
United States District Judge
November 19, 20 10

749587 v1
(11/17/2010 16:56)

- 4 -